JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN WASHAM, | Case No. ED CV 16-1723-JVS (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: January 30, 2017

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE